IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FLOYD BUTLER,
    Plaintiff,

vs.                                    Case No.: 3:19cv461/RV/EMT

WARDEN SCOTT MAY,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated March 4, 2019, Plaintiff was given thirty (30) days in which to either pay the filing fee or file a completed motion to proceed in forma pauperis ("IFP") on the court-approved form (ECF No. 3). Plaintiff failed to pay the filing fee or submit a completed IFP motion by the deadline; therefore, on April 11, 2019, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 4). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to submit a completed IFP motion, pay the filing fee, or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 20th day of May 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.